| **Fill in this information to identify the case:** |
|---|

Debtor name    **Mars Colony LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **22-10109**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................    $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................    $    **401,866.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................    $    **401,866.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    **263,520.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $    **1,200.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **1,821,182.01**

4.   Total liabilities ....................................................................
   Lines 2 + 3a + 3b    $    **2,085,902.01**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Mars Colony LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **22-10109**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

  ☐ No.  Go to Part 2.
  ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$20.00** |
| 2.    **Cash on hand** | **$3,036.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **RBFCU Account** | checking | 4568 | **$1,728.00** |
| 3.2. | **Comerica Account** | | | **$82.00** |
| 3.3. | **Bank of America Account (frozen and garnished y creditor Dunham $28,116)** | | | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$4,866.00**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

  ☐ No.  Go to Part 3.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Mars Colony LLC** | Case number *(if known)* | **22-10109** |
|---|---|---|---|
| | Name | | |

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.  Security Deposit on 8120 Exchange Dr., Ste. 400, Austin, TX 78754          $3,000.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**                                                        $3,000.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:          35,000.00          -          0.00          = ....          $35,000.00
                                   face amount                    doubtful or uncollectible accounts

12. **Total of Part 3.**                                                       $35,000.00
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials Honey - Orange Blossom Perishable** | 2/17/21 | $0.00 | Actual Cost | $95,000.00 |
| 20. | **Work in progress Honey Wine Base Alcohol 10.4%** | 2/21/21 | $0.00 | Actual Cost | $63,000.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Mars Colony LLC** | | Case number *(If known)* **22-10109** | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| **Honey Wine Base Alcohol 10.4%** | 1/1/2022 | $0.00 | **Actual Cost** | $68,000.00 |
| --- | --- | --- | --- | --- |

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

| **Packaging: Boxes, Cans, Labels, Case Trays, etc.** | 12/1/2021 | $0.00 | **Actual Cost** | $24,000.00 |
| --- | --- | --- | --- | --- |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $250,000.00 |
| --- |

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **2004 International Box Truck** VIN: 1HSMMAAL64H611055 | $12,160.00 | | $12,000.00 |
| --- | --- | --- | --- | --- |

| 47.2. | **Leased Nissan Versa 2017** VIN: 3N1CE2CP2HL377983 | $0.00 | | $12,500.00 |
| --- | --- | --- | --- | --- |

| Debtor | **Mars Colony LLC** | | Case number *(If known)* **22-10109** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.3. | **Leased Nissan NV200 Van 2017**<br>**VIN: 3N6M0KN3HK705564** | | $0.00 | $14,000.00 |

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
|---|---|---|---|---|
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | **Various equipment** | $92,000.00 | | Unknown |
| | **Velo Cross Flow Filter**<br>**UCC-1 #19-0032749489** | $0.00 | | $50,000.00 |
| | **60 BBI Tank Pacific Brewing**<br>**SN: 25681**<br>**UCC-1 #20-0060267730** | $0.00 | | $15,000.00 |
| | **60 sixtel kegs**<br>**24 ½ bbls kegs**<br>**UCC-1 #20-0016282314** | $0.00 | | $5,500.00 |

| 51. | **Total of Part 8.** | | $109,000.00 |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☐ No
   ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☑ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Mars Colony LLC** | | Case number *(If known)*  **22-10109** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| | **TM Logo and Meridian Hive Name** **TM Bee Conscious** **Trade Secret - Mfg Process** | $0.00 | Unknown |

| 61. | **Internet domain names and websites** **www.meridianhive.com** **Informational and eCommerce website** **www.SkinnyBeeBeverage.com (domain name only)** | $0.00 | Unknown |
|---|---|---|---|

| 62. | **Licenses, franchises, and royalties** **TTB License** **TABC License** **Registration in: CO, FL, GA, TN, AZ, NY, MI** | $0.00 | Unknown |
|---|---|---|---|

| 63. | **Customer lists, mailing lists, or other compilations** **Customer lists** | $0.00 | Unknown |
|---|---|---|---|

| 64. | **Other intangibles, or intellectual property** **Recipes** | $0.00 | Unknown |
|---|---|---|---|

| 65. | **Goodwill** **Goodwill** | $0.00 | Unknown |
|---|---|---|---|

| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | | **Unknown** |
|---|---|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☑ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Mars Colony LLC** | Case number *(If known)* **22-10109** |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,866.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $35,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $250,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $109,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $401,866.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $401,866.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Mars Colony LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **22-10109**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** | **Ally Bank**
Creditor's Name

**PO Box 380902**
**Minneapolis, MN 55438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/24/2017**
**Last 4 digits of account number**
**0895**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Leased Nissan NV200 Van 2017**
**VIN: 3N6M0KN3HK705564**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,468.00** | **$14,000.00**

**2.2** | **Ally Bank**
Creditor's Name

**PO Box 380902**
**Minneapolis, MN 55438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/30/2017**
**Last 4 digits of account number**
**0795**
**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Leased Nissan Versa 2017**
**VIN: 3N1CE2CP2HL377983**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$7,710.00** | **$12,500.00**

| Debtor | **Mars Colony LLC** | | Case number (if known) | **22-10109** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor,
    including this creditor and its relative
    priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Kevin Lysaght** | **Describe debtor's property that is subject to a lien** | **$41,349.00** | **$50,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Velo Cross Flow Filter** | | |
| | | **UCC-1 #19-0032749489** | | |
| | **600 Battle Bend Blvd.** | | | |
| | **Austin, TX 78745** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/27/2019**
**Last 4 digits of account number**
**L103**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
    including this creditor and its relative
    priority.

---

| 2.4 | **Kevin Lysaght** | **Describe debtor's property that is subject to a lien** | **$11,224.00** | **$15,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **60 BBl Tank Pacific Brewing** | | |
| | | **SN: 25681** | | |
| | **600 Battle Bend Blvd.** | **UCC-1 #20-0060267730** | | |
| | **Austin, TX 78745** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/2/2020**
**Last 4 digits of account number**
**L105**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
    including this creditor and its relative
    priority.

---

| 2.5 | **Kevin Lysaght** | **Describe debtor's property that is subject to a lien** | **$5,500.00** | **$5,500.00** |
|---|---|---|---|---|
| | Creditor's Name | **60 sixtel kegs** | | |
| | | **24 ½ bbls kegs** | | |
| | **600 Battle Bend Blvd.** | **UCC-1 #20-0016282314** | | |
| | **Austin, TX 78745** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Mars Colony LLC** | | Case number (if known) | **22-10109** |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**
**2/28/2020**
**Last 4 digits of account number**
**L104**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Miscellaneous customers** | Describe debtor's property that is subject to a lien | $38,269.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **keg deposits** | | |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Small Business Administration** | Describe debtor's property that is subject to a lien | $150,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Little Rock Commercial Loan Servicing**
**2120 Riverfront Drive, Ste. 100**
**Little Rock, AR 72202**
Creditor's mailing address

**Describe the lien**
**EIDL**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/20/2020**
**Last 4 digits of account number**
**7403**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Mars Colony LLC** | Case number (if known) | **22-10109** |
|---|---|---|---|
| | Name | | |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $263,520.00

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name  **Mars Colony LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **22-10109**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

  ☐ No. Go to Part 2.

  ■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **Centralized Insolvency Office** | ☐ Contingent | | |
| | **PO Box 7346** | ☐ Unliquidated | | |
| | **Philadelphia, PA 19101-7346** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2/2/2022** | **Federal Excise Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,200.00** | **$1,200.00** |
| --- | --- | --- | --- | --- |
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **Centralized Insolvency Office** | ☐ Contingent | | |
| | **PO Box 7346** | ☐ Unliquidated | | |
| | **Philadelphia, PA 19101-7346** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2/15/2022** | **payroll taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Mars Colony LLC** | Case number (if known) | **22-10109** |
|---|---|---|---|
| | Name | | |

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|
| **Adam Field** | ☐ Contingent | |
| neminem@gmail.com | ☐ Unliquidated | |
| **Wefunder investor** | ☐ Disputed | |
| **address unknown** | | |
| Date(s) debt was incurred  **12/4/18** | Basis for the claim:  **investor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,430.78** |
|---|---|---|
| **American Express** | ☐ Contingent | |
| **PO Box 650448** | ☐ Unliquidated | |
| **Dallas, TX 75265** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **credit card** | |
| Last 4 digits of account number  **1002** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|
| **Andrew Tucker** | ☐ Contingent | |
| alt3gj@virginia.edu | ☐ Unliquidated | |
| **Wefunder investor** | ☐ Disputed | |
| **address uknown** | | |
| Date(s) debt was incurred  **3/26/19** | Basis for the claim:  **investor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47,338.00** |
|---|---|---|
| **Apiarios San Martin** | ☐ Contingent | |
| **dba Coloza Group** | ☐ Unliquidated | |
| **2020 Pierce St.** | ☐ Disputed | |
| **Corpus Christi, TX 78401** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,267.63** |
|---|---|---|
| **Bank of America** | ☐ Contingent | |
| **PO Box 15798** | ☐ Unliquidated | |
| **Wilmington, DE 19888** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **line of credit** | |
| Last 4 digits of account number  **4602** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,535.22** |
|---|---|---|
| **Bank of America Mastercard** | ☐ Contingent | |
| **PO Box 15797** | ☐ Unliquidated | |
| **Wilmington, DE 19887** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **credit card** | |
| Last 4 digits of account number  **6854** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,425.63** |
|---|---|---|
| **Bank of America Mastercard** | ☐ Contingent | |
| **PO Box 15796** | ☐ Unliquidated | |
| **Wilmington, DE 19886** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **credit card** | |
| Last 4 digits of account number  **0391** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Mars Colony LLC** | Case number (if known) | **22-10109** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Bryan Garcia**
joebryan2001@yahoo.com
**Wefunder investor**
**address unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **3/21/19**

**Basis for the claim:**  **investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Carl Russe**
carl@247installers.com
**Wefunder investor**
**address unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/18/18**

**Basis for the claim:**  **investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Carlos Manuel Rebolledo**
carlos.rebolledo@nutrilinkamericas.com
**Wefunder investor**
**address unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/9/18**

**Basis for the claim:**  **investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Carvin Wilson**
carvin.wilson@carvinsoftware.com
**Wefunder investor**
**address unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **11/22/18**

**Basis for the claim:**  **investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Casey Iaccino**
**Wefunder investor**
**address unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/4/18**

**Basis for the claim:**  **investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Catherin Amos**
**Wefunder investor**
**address unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/3/18**

**Basis for the claim:**  **investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Chadd McNicholas**
thechadd@gmail.com
**Wefunder investor**
**address unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/12/18**

**Basis for the claim:**  **investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mars Colony LLC** | Case number (if known) | **22-10109** |
|---|---|---|---|
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Charles Johnson**
cjohnson@northernstampings.com
**Wefunder investor**
**address unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2/28/19**

**Basis for the claim:  investor**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Christopher Carmouche**
**Wefunder Investor**
**address unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **11/30/18**

**Basis for the claim:  investor**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,878.72** |
|---|---|---|---|

**Comerica Mastercard**
**PO Box790408**
**St. Louis, MO 63179**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  credit card**

Last 4 digits of account number  **8024**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,025.00** |
|---|---|---|---|

**Cothrons**
**8120 Exchange Dr., Ste. 400**
**Austin, TX 78754**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2/2022**

**Basis for the claim:  unpaid rent**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Cynthia Layne**
clayne1@gmail.com
**Wefunder investor**
**address unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/6/18**

**Basis for the claim:  investor**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Dan Daugherty**
**Wefunder investor**
**address unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **1/2/19, 4/1/19**

**Basis for the claim:  investor**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Dang Nguyen**
nhiendang45@gmail.com
**Wefunder investor**
**address unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **3/24/19**

**Basis for the claim:  investor**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Mars Colony LLC** | Case number (if known) | **22-10109** |
|---|---|---|---|
| | Name | | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,249.00** |
|---|---|---|---|

**Daniel and Joelle Dewberry**
dandew3@gmail.com
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/11/18**

Basis for the claim:  **investor**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**David Burman**
burms01@yahoo.com
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/17/18**

Basis for the claim:  **investor**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Dee Bond**
dee.bond@jpservices.com
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/18/18**

Basis for the claim:  **investor**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Dion Lancia**
dionlancia@gmail.com
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/18/18**

Basis for the claim:  **investor**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Doug Price**
dkpricer@yahoo.com
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/26/19**

Basis for the claim:  **investor**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Drew Wells**
drew.wells00@gmail.com
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/12/18**

Basis for the claim:  **investor**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$178,721.95** |
|---|---|---|---|

**Eric Lowe**
**16708 Solvano Ln.**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2013/2014**

Basis for the claim:  **loan**

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mars Colony LLC** | Case number (if known) | **22-10109** |
|---|---|---|---|
| | Name | | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76,339.00** |
|---|---|---|---|

**Eric Lowe**
**16708 Solvano Ln.**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __line of credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$965,821.85** |
|---|---|---|---|

**Evan Whitehead**
**c/o David Dunham**
**919 Congress Ave., Ste. 910**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __9/2021__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Farris Alqassar**
**farrisalqassar@gmail.com**
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/5/18__

Basis for the claim: __investor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Fernando Avalos Jr**
**favalos1@gmail.com**
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/26/19__

Basis for the claim: __investor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,565.68** |
|---|---|---|---|

**Florida Bulk Sales**
**1126 Kyle Wood Lane**
**Brandon, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**George Steven Amos**
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/3/18__

Basis for the claim: __investor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,666.00** |
|---|---|---|---|

**George Stuart West**
**4520 Broadway, Unit 207**
**Boulder, CO 80304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Honey loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mars Colony LLC** | | Case number (if known) | **22-10109** |
|---|---|---|---|---|
| | Name | | | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**George West**
gswest1@gmail.com
**Wefunder investor**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/13/18**

Last 4 digits of account number  _

**Basis for the claim:  investor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Greg Meszes**
gregmeszes@gmail.com
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/17/18**

Last 4 digits of account number  _

**Basis for the claim:  investor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Hank Yan**
henry.hank.yan@gmail.com
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/7/18**

Last 4 digits of account number  _

**Basis for the claim:  investor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**J.J. Weber**
jj@renegadeplanet.com
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/12/18**

Last 4 digits of account number  _

**Basis for the claim:  investor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**John Allen Clair**
johnclairpa@gmail.com
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/4/18**

Last 4 digits of account number  _

**Basis for the claim:  investor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**John David Rausch, Jr.**
jrausch@wtamu.edu
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/26/18**

Last 4 digits of account number  _

**Basis for the claim:  investor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Jonathan Adams**
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/13/18**

Last 4 digits of account number  _

**Basis for the claim:  investor**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Mars Colony LLC** | Case number (if known) | **22-10109** |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$122,618.55** |
|---|---|---|---|
| | **Jonathan Luers**<br>**5002 W. Frances Place**<br>**Austin, TX 78731** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2014/2015** | Basis for the claim:  **loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,104.32** |
|---|---|---|---|
| | **Jonathan Luers**<br>**5002 W. Frances Pl.**<br>**Austin, TX 78731** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|
| | **Joseph Carothers**<br>**jk.carothers@gmail.com**<br>**Wefunder investor**<br>**address unknown** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1/8/19** | Basis for the claim:  **investor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|
| | **Justin A Skladanek**<br>**js356636@gmail.com**<br>**Wefunder investor**<br>**address unknown** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **3/26/19** | Basis for the claim:  **investor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|
| | **Justin Gray**<br>**justin@justingray.com**<br>**Wefunder investor**<br>**address unknown** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **3/25/19** | Basis for the claim:  **investor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|
| | **Karolyn Son**<br>**ksonk@hotmail.com**<br>**Wefunder investor**<br>**address unknown** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **3/24/19** | Basis for the claim:  **investor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|
| | **Kathleen McLean**<br>**mcleankl@hotmail.com**<br>**Wefunder investor**<br>**address unknown** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/12/18** | Basis for the claim:  **investor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Mars Colony LLC** | Case number (if known) | **22-10109** |
|---|---|---|---|
| | Name | | |

---

**3.50** | Nonpriority creditor's name and mailing address

**Keith Jacobs**
**Wefunder investor**
**address unknown**

Date(s) debt was incurred  **10/9/18**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **investor**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.51** | Nonpriority creditor's name and mailing address

**Kevin Lysaght**
**602 Battle Bend Blvd.**
**Austin, TX 78745**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ford Escape**

Is the claim subject to offset? ■ No ☐ Yes

**$12,741.00**

---

**3.52** | Nonpriority creditor's name and mailing address

**Kevin Lysaght**
**600 Battle Bend Blvd.**
**Austin, TX 78745**

Date(s) debt was incurred  **1/22/19**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **investor**

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.53** | Nonpriority creditor's name and mailing address

**Lance Stodghill**
**lance@sataxlaw.com**
**Wefunder investor**
**address unknown**

Date(s) debt was incurred  **11/20/18**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **investor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.54** | Nonpriority creditor's name and mailing address

**Lawrence Slade**
**lslade88@hotmail.com**
**Wefunder investor**
**address unknown**

Date(s) debt was incurred  **11/17/18**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **investor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.55** | Nonpriority creditor's name and mailing address

**Leo Dam**
**infoluminocity@gmail.com**
**Wefunder investor**
**address unknown**

Date(s) debt was incurred  **3/26/19**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **investor**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.56** | Nonpriority creditor's name and mailing address

**Linda Wheeler**
**Wefunder investor**
**address unknown**

Date(s) debt was incurred  **10/9/18**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **investor**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

| Debtor | **Mars Colony LLC** | Case number (if known) | **22-10109** |
|---|---|---|---|
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|

**Manny Song**
manny@magnuscomm.com
**Wefunder investor**
**address unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **3/21/19**

**Basis for the claim:  investor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Mark Bentley**
mbentley@cfl.rr.com
**Wefunder investor**
**address unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/9/18**

**Basis for the claim:  investor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Matthew Davis**
**Wefunder investor**
**address unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **3/26/19**

**Basis for the claim:  investor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Matthew Neth**
daemonmwk@gmail.com
**Wefunder investor**
**address unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **3/26/19**

**Basis for the claim:  investor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Maxwell Kilb**
maxwellkilb@gmail.com
**Wefunder investor**
**address unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/31/18**

**Basis for the claim:  investor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Megan Watson**
megsgems@comcast.net
**Wefunder investor**
**address unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **1/28/19**

**Basis for the claim:  investor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Meitra Shepherd**
meitrashepherd@gmail.com
**Wefunder investor**
**address unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **11/12/18**

**Basis for the claim:  investor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Mars Colony LLC** | Case number (if known) | **22-10109** |
|---|---|---|---|
| | Name | | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Michael B. Davis**
mikebdavis38@gmail.com
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/18/18**

Basis for the claim:  **investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Michael W Gibbs**
acctigre@gmail.com
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/6/18**

Basis for the claim:  **investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Miguel A. DeLeon**
miguel.deleon1@gmail.com
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/3/18**

Basis for the claim:  **investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Peter Nangle**
peter.nangle@gmail.com
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/21/18**

Basis for the claim:  **investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,001.00 |
|---|---|---|---|

**Prakash Kumar**
prakashksharma@gmail.com
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/7/18**

Basis for the claim:  **investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Quickbooks**
**2700 Coast Avenue**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Rebecca J Volino**
rvolino@gmail.com
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/26/19**

Basis for the claim:  **investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mars Colony LLC** | Case number (if known) | **22-10109** |
|---|---|---|---|
| | Name | | |

---

**3.71** | Nonpriority creditor's name and mailing address

**Rhys Kucharski**
**rkuchars2@gmail.com**
**Wefunder investor**
**address unknown**

Date(s) debt was incurred  **12/9/18**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **investor**

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,000.00**

---

**3.72** | Nonpriority creditor's name and mailing address

**Robert Brandon Sokol**
**rbrandonsokol@gmail.com**
**Wefunder investor**
**address unknown**

Date(s) debt was incurred  **12/12/18**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **investor**

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,000.00**

---

**3.73** | Nonpriority creditor's name and mailing address

**Roison O'Reilly**
**roisinor88@gmail.com**
**Wefunder investor**
**address unknown**

Date(s) debt was incurred  **10/21/18**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **investor**

Is the claim subject to offset? ☐ No  ☐ Yes

**$5,000.00**

---

**3.74** | Nonpriority creditor's name and mailing address

**Ryan Stockmal**
**ryan@mavenrestaurantgroup.com**
**Wefunder investor**
**address unknown**

Date(s) debt was incurred  **12/15/18**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **investor**

Is the claim subject to offset? ☐ No  ☐ Yes

**$500.00**

---

**3.75** | Nonpriority creditor's name and mailing address

**Sarah Velde Victor**
**queenannesarahv@yahoo.com**
**Wefunder investor**
**address unknown**

Date(s) debt was incurred  **12/16/18**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **investor**

Is the claim subject to offset? ☐ No  ☐ Yes

**$500.00**

---

**3.76** | Nonpriority creditor's name and mailing address

**Scott Laboratories**
**2220 Pine View Way**
**Petaluma, CA 94954**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

**$2,789.21**

---

**3.77** | Nonpriority creditor's name and mailing address

**Sean Rogers**
**seansranch@gmail.com**
**Wefunder investor**
**address unknown**

Date(s) debt was incurred  **10/11/18**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **investor**

Is the claim subject to offset? ☐ No  ☐ Yes

**$500.00**

---

| Debtor | **Mars Colony LLC** | | Case number (if known) | **22-10109** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|
| | **Stephanie Massey** | ☐ Contingent | |
| | **mail4massey@gmail.com** | ☐ Unliquidated | |
| | **Wefunder investor** | ☐ Disputed | |
| | **address unknown** | | |
| | Date(s) debt was incurred **3/23/19** | Basis for the claim: **investor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|
| | **Steve Fox** | ☐ Contingent | |
| | **stevekfox@yahoo.com** | ☐ Unliquidated | |
| | **Wefunder investor** | ☐ Disputed | |
| | **address unknown** | | |
| | Date(s) debt was incurred **11/30/18** | Basis for the claim: **investor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|
| | **Sudhir Sahay** | ☐ Contingent | |
| | **sudhir_sahay@sbcglobal.net** | ☐ Unliquidated | |
| | **Wefunder investor** | ☐ Disputed | |
| | **address unknown** | | |
| | Date(s) debt was incurred **11/5/18** | Basis for the claim: **investor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|
| | **Thomas J Weaver** | ☐ Contingent | |
| | **TomJWeaver@earthlink.net** | ☐ Unliquidated | |
| | **Wefunder investor** | ☐ Disputed | |
| | **address unknown** | | |
| | Date(s) debt was incurred **10/19/18** | Basis for the claim: **investor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|
| | **Thomas Struppeck** | ☐ Contingent | |
| | **Wefunder investor** | ☐ Unliquidated | |
| | **address unknown** | ☐ Disputed | |
| | Date(s) debt was incurred **2/18/19** | Basis for the claim: **investor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,756.24 |
|---|---|---|---|
| | **Toyota Commercial Finance** | ☐ Contingent | |
| | **8951 Cypress Waters Blvd., Ste. 300** | ☐ Unliquidated | |
| | **Coppell, TX 75019** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **pallet jack** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|
| | **Tracey Marquart** | ☐ Contingent | |
| | **tber52@me.com** | ☐ Unliquidated | |
| | **Wefunder investor** | ☐ Disputed | |
| | **address unknown** | | |
| | Date(s) debt was incurred **10/27/18** | Basis for the claim: **investor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Mars Colony LLC** | Case number (if known) | **22-10109** |
|---|---|---|---|
| | Name | | |

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,512.00 |
|---|---|---|---|

**US Tape & Label**
**2092 Westport Center Dr.**
**St. Louis, MO 63146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Vikash Kumar**
**vikash@post.harvard.edu**
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/17/18**

Last 4 digits of account number __

Basis for the claim:  **investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,996.50 |
|---|---|---|---|

**William C. Rivers**
**4108 Camacho St.**
**Austin, TX 78723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **admin services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,648.73 |
|---|---|---|---|

**WineCub**
**PO Box 256**
**Stonewall, TX 78671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/21**

Last 4 digits of account number __

Basis for the claim:  **E-Commerce Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Yosuke Kato**
**yaw@drunk.jp**
**Wefunder investor**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/22/18**

Last 4 digits of account number __

Basis for the claim:  **investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,200.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,821,182.01 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,822,382.01 |

**Fill in this information to identify the case:**

Debtor name __**Mars Colony LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known) __**22-10109**__

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for kegs** |
| State the term remaining | |
| List the contract number of any government contract | **Alliance Funding Group** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **2017 Nissan NV200 Van lease** |
| State the term remaining | |
| List the contract number of any government contract | **Ally Bank**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **2017 Nissan Versa lease** |
| State the term remaining | |
| List the contract number of any government contract | **Ally Bank**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Toyota Electric Pallet Jack** |
| State the term remaining | |
| List the contract number of any government contract | **Toyota Commercial Finance**<br>**8951 Cypress Waters Blvd., Ste. 300**<br>**Coppell, TX 75019** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Mars Colony LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF TEXAS

Case number (if known)     **22-10109**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Eric Lowe** | **16708 Solvano Ln.** <br> **Pflugerville, TX 78660** | **Evan Whitehead** | ☐ D _____ <br> ■ E/F __3.30__ <br> ☐ G _____ |
| 2.2 **Meridian Hive LLC** | **8201 S. Congress Ave., Ste. 102** <br> **Austin, TX 78745** | **Evan Whitehead** | ☐ D _____ <br> ■ E/F __3.30__ <br> ☐ G _____ |
| 2.3 **Michael Simmons** | **1406 Greenwich Dr.** <br> **Austin, TX 78753** | **Evan Whitehead** | ☐ D _____ <br> ■ E/F __3.30__ <br> ☐ G _____ |
| 2.4 **William C. Rivers** | **4108 Camacho St.** <br> **Austin, TX 78723** | **Evan Whitehead** | ☐ D _____ <br> ■ E/F __3.30__ <br> ☐ G _____ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Mars Colony LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **22-10109**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March  9, 2022**        X /s/ William Cayce Rivers
                                                                Signature of individual signing on behalf of debtor

                                                                **William Cayce Rivers**
                                                                Printed name

                                                                **Managing Member**
                                                                Position or relationship to debtor

Official Form 202                 **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy