## Exhibit C- Plan Payment Schedule

| | Month | Payment | Admin Expense Claim | Class 1- IRS (Priority) | Class 2- Kevin Lysaght (Secured) | Class 3- Travis County (Secured) | Class 4- Apiario San Martin (Critical Vendor) | Class 4- General Unsecured |
|---|---|---|---|---|---|---|---|---|
| Effective Date Pmt | | | Est. $40,000 (Hayward); $5,000 (Trustee) $5,000 (Security Deposit) | 4,581.11 | 23,092.00 | 7,613.20 | | |
| Operations | | | | | | 12% | | |
| Oct-22 | 1 | 3500 | 1000 | 600 | 800 | | | 1100 |
| Nov-22 | 2 | 3500 | 1000 | 600 | 800 | | | 1100 |
| Dec-22 | 3 | 3500 | 1000 | 600 | 800 | | | 1100 |
| Jan-23 | 4 | 13500 | 1000 | 600 | 800 | 760 | 10000 | 340 |
| Feb-23 | 5 | 3500 | 1000 | 600 | 800 | 760 | | 340 |
| Mar-23 | 6 | 3500 | 1000 | 600 | 800 | 760 | | 340 |
| Apr-23 | 7 | 3500 | 1000 | 600 | 800 | 760 | | 340 |
| May-23 | 8 | 3500 | 1000 | 381.11 | 800 | 760 | | 558.89 |
| Jun-23 | 9 | 3500 | 1000 | | 800 | 760 | | 940 |
| Jul-23 | 10 | 3500 | 1000 | | 800 | 760 | | 940 |
| Aug-23 | 11 | 3500 | 1000 | | 800 | 760 | | 940 |
| Sep-23 | 12 | 3500 | 1000 | | 800 | 760 | | 940 |
| Oct-23 | 13 | 3500 | 1000 | | 800 | 760 | | 940 |
| Nov-23 | 14 | 3500 | 1000 | | 800 | 462.79 | | 1237.21 |
| Dec-23 | 15 | 3500 | 1000 | | 800 | | | 1700 |
| Jan-24 | 16 | 4000 | 1500 | | 800 | | | 1700 |
| Feb-24 | 17 | 4000 | 1500 | | 800 | | | 1700 |
| Mar-24 | 18 | 4000 | 1500 | | 800 | | | 1700 |
| Apr-24 | 19 | 4000 | 1500 | | 800 | | | 1700 |
| May-24 | 20 | 4000 | 1500 | | 800 | | | 1700 |
| Jun-24 | 21 | 4000 | 1500 | | 800 | | | 1700 |
| Jul-24 | 22 | 4000 | 1500 | | 800 | | | 1700 |
| Aug-24 | 23 | 4000 | 1500 | | 800 | | | 1700 |
| Sep-24 | 24 | 4000 | 1500 | | 800 | | | 1700 |
| Oct-24 | 25 | 4000 | 1500 | | 800 | | | 1700 |
| Nov-24 | 26 | 4000 | 1500 | | 800 | | | 1700 |
| Dec-24 | 27 | 4000 | 1500 | | 800 | | | 1700 |
| Jan-25 | 28 | 4250 | 1500 | | 800 | | | 1950 |
| Feb-25 | 29 | 4250 | 1500 | | 692.00 | | | 2,058.00 |
| Mar-25 | 30 | 4250 | 1500 | | | | | 2750 |
| Apr-25 | 31 | 4250 | 1500 | | | | | 2750 |
| May-25 | 32 | 4250 | 1000 | | | | | 3250 |
| Jun-25 | 33 | 4250 | | | | | | 4250 |
| Jul-25 | 34 | 4250 | | | | | | 4250 |
| Aug-25 | 35 | 4250 | | | | | | 4250 |
| Sep-25 | 36 | 4250 | | | | | | 4250 |
| Total | | 148750 | 40000 | 4581.11 | 23092 | 8062.79 | | 63014.1 |