**Mars Colony dba Meridian Hive**
**Debtor-in-Possession**
**Balance Sheet**

|  | 31-May 2022 |
|---|---:|
| **Assets** | |
| Current assets | |
|     Cash | $ 12,929 |
|     Accounts receivable | 106,876 |
|     A/R Other | 28,116 |
|     Inventory | 208,925 |
|     Other current assets | 571 |
|     Total current assets | 357,417 |
| Property and equipment -net | 98,548 |
| Total Assets | $ 455,965 |
| **Liabilities and Members' Deficit** | |
| Liabilities | |
| Post-Petition Liabilities | |
|     Post-Petition Accounts Payable | $ 24,117 |
|     Post-Petition Property Tax | $ 350 |
|     Post-Petition Keg Deposits | $ 850 |
|     Total Post-Petition Liabilites | 25,317 |
| Pre-Petition Liabilities | |
|     Pre-Petition Secured Debt | 252,569 |
|     Pre-Petition Priority Debt | 1,200 |
|     Pre-Petition Unsecured Debt | 1,778,880 |
|     Total Pre-Petition Liabilities | 2,032,649 |
| Total Liabilities | 2,057,966 |
| Members' Deficit | $ (1,602,001) |
| Total Liabilities and Members' Deficit | $ 455,965 |

**Meridian Hive Meadery**
**Debtor-in-Possession**
**Profit and Loss Statement**

|  | (05/01 - 05/31)<br>**5/31/2022** |
|---|---:|
| **Sales** | |
|     Retail | $ 3,364 |
|     Wholesale | 64,382 |
|         Total Sales | 67,746 |
| | |
| Cost of Goods Sold | 33,558 |
| | |
| Gross Profit | 34,188 |
| | |
| **Operating expenses:** | |
|     Salaries & wages | 13,152 |
|     General & administrative | 4,087 |
|     Selling expenses | (678) |
|     Marketing exense | 1,012 |
|     Taxes, permits, licenses | 541 |
|     Shop expenses & other | 334 |
|     Depreciation | 1,047 |
|         Total Operating Expenses | 19,495 |
| | |
| **Operating income (loss)** | 14,692 |
| | |
| **Other income (expense)** | |
|     Interest expense | (38) |
|     Other miscellaneous (expense) income | - |
|         Total other exenses, net | (38) |
| | |
| **Net income** | $ 14,654 |

Meridian Hive, LLC
Debtor-in-Possession
Statement of Cash Receipts & Disbursements

Report Period Ending: 5/31/2022

| | Horizon Checking | PayPal | Petty Cash | RBFCU-Checking | RBFCU-Savings | RBFCU - 2nd Checking | BOA-Primary | Total |
|---|---|---|---|---|---|---|---|---|
| **Cash Balance beginning of Month** | $ 19,922.58 | $ 3,832.95 | $ 450.00 | $ - | $ - | $ 301.24 | -$197.33 | $ 24,309.44 |
| Cash Sales | $ 4,165.50 | $ 543.12 | | | | | | $ 4,708.62 |
| Collection of Accounts Receivable | $ 26,224.84 | | | | | | | $ 26,224.84 |
| Loans & Advances | | | | | | | | $ - |
| Sale of Assets | | | | | | | | $ - |
| Other: see detail | $ 1,601.52 | | | | | | | $ 1,601.52 |
| Total Cash Receipts | $ 31,991.86 | $ 543.12 | $ - | $ - | $ - | $ - | $ - | $ 32,534.98 |
| **Disbursements** | | | | | | | | |
| Net Payroll | $ (10,752.90) | | | | | | | $ (10,752.90) |
| Payroll Taxes | $ (2,267.57) | | | | | | | $ (2,267.57) |
| Sales, Use & Other Taxes | $ - | | | | | | | $ - |
| Secured, Rental, Leases | $ (372.30) | | | | | | | $ (372.30) |
| Utilities & Telephone | | | | | | | | $ - |
| Insurance | $ - | | | | | | | $ - |
| Inventory Purchases | $ (20,945.84) | $ (2,587.98) | | | | | | $ (23,533.82) |
| Vehicle Expenses | | | | | | | | $ - |
| Travel & Entertainment | | | | | | | | $ - |
| Repairs & Maintenance & Supplies | $ (334.00) | | | | | | | $ (334.00) |
| Administrative & Selling | $ (1,821.91) | $ (133.51) | $ (140.00) | | | | | $ (2,095.42) |
| Other | $ (2,771.56) | $ - | | | | | | $ (2,771.56) |
| **Total Disbursements from Operations** | $ (39,266.08) | $ (2,721.49) | $ (140.00) | $ - | $ - | $ - | $ - | $ (42,127.57) |
| Professional Fees | $ (1,787.50) | | | $ - | | | | $ (1,787.50) |
| Other Reorganization Expenses | | | | | | | | $ - |
| **Total Disbursements** | $ (41,053.58) | $ (2,721.49) | $ (140.00) | $ - | $ - | $ - | $ - | $ (43,915.07) |
| Net Cash Flow | $ (9,061.72) | $ (2,178.37) | $ (140.00) | $ - | $ - | $ - | $ - | $ (11,380.09) |
| Cash End of Month, excluding bank transfers | $ 10,860.86 | $ 1,654.58 | $ 310.00 | $ - | $ - | $ 301.24 | $ (197.33) | $ 12,929.35 |
| Transfers between accounts | $ 1,091.28 | $ (1,091.28) | | $ - | | | | $ - |
| Actual Cash End of Month | $ 11,952.14 | $ 563.30 | $ 310.00 | $ - | $ - | $ 301.24 | $ (197.33) | $ 12,929.35 |

Meridian Hive, LLC
Debtor-in-Possession
Other Receipts

Exhibit A

Report Period Ending: 5/31/2022

Other Receipts Details

| | Horizon Checking | PayPal | Petty Cash | RBFCU-Checking | RBFCU-Savings | RBFCU - 2nd Checking | BOA-Primary |
|---|---|---|---|---|---|---|---|
| Interest Income | | | | | | | |
| Bank Transfer | | | | | | | |
| Dividend | | | | | | | |
| Fee Refund | | | | | | | |
| Void Lease Payments | 1,065.47 | | | | | | |
| Void Payroll Liability: Dir Dep | 525.50 | | | | | | |
| Vendor Refund | | | | | | | |
| Owner's Funding | 10.55 | | | | | | |
| Payroll Tax Refund | | | | | | | |
| | 1,601.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Meridian Hive, LLC
Debtor-in-Possession
Statement of Cash Receipts & Disbursements

Meridian Hive, LLC
Debtor-in-Possession
Other Disbursements

Exhibit B

Report Period Ending: 5/31/2022

Other Disbursements Details

| | Horizon Checking | PayPal | RBFCU-Checking | RBFCU-Savings | RBFCU - 2nd Checking | BOA-Primary |
|---|---:|---:|---:|---:|---:|---:|
| Contract labor | 444.00 | | | | | |
| Bank charges | 0.39 | | | | | |
| Employee Benefit | | | | | | |
| Auto Lease Payment | 0.00 | | | | | |
| Equipment Loan Payment | 1,393.00 | | | | | |
| Equipment Purchase | 0.00 | | | | | |
| Marketing Event | 250.00 | | | | | |
| Adjusting Journal Entry | | | | | | |
| Bank transfer | | | | | | |
| | 2,087.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Meridian Hive, LLC
## Debtor-in-Possession
## Pre-Petition Debt Payments

Report Period Ending: 5/31/2022

| Date | Vendor | Amount | Description |
|---|---|---|---|
| 5/31/2022 | Allly Bank | ($303.67) | Lease Nissan |
| 5/31/2022 | Allly Bank | ($380.90) | Lease Van |
| 5/10/2022 | Allly Bank | ($380.90) | Lease Van |
| 5/17/2022 | Kevin Lysaght | $193.00 | L104 -Sixtel Keg Loan |
| 5/17/2022 | Kevin Lysaght | $1,200.00 | L103 - XFlow Filter Loan |
| | | **$327.53** | |

Meridian Hive Meadery

### Horizon Checking (0586), Period Ending 05/31/2022

### RECONCILIATION REPORT

Reconciled on: 06/28/2022

Reconciled by: Kathy Millsap

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---|
| Statement beginning balance | 34,805.41 |
| Checks and payments cleared (61) | -38,415.29 |
| Deposits and other credits cleared (18) | 33,083.14 |
| Statement ending balance | 29,473.26 |
| | |
| Uncleared transactions as of 05/31/2022 | -17,521.12 |
| Register balance as of 05/31/2022 | 11,952.14 |
| Cleared transactions after 05/31/2022 | 0.00 |
| Uncleared transactions after 05/31/2022 | -3,987.68 |
| Register balance as of 06/28/2022 | 7,964.46 |

**Details**

Checks and payments cleared (61)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/29/2022 | Check | Gusto | | -525.50 |
| 04/26/2022 | Expense | 41224 | Ally Bank | -684.57 |
| 04/27/2022 | Bill Payment | 41227 | Thirsty Planet Brewing | -5,119.41 |
| 04/29/2022 | Journal | Gusto | | -162.00 |
| 04/29/2022 | Journal | Gusto | | -436.35 |
| 04/29/2022 | Journal | Gusto | | -81.33 |
| 04/29/2022 | Journal | Gusto 5-1 | | -1,584.11 |
| 05/02/2022 | Expense | | Alliance Funding | -372.30 |
| 05/02/2022 | Expense | | TEAMUP CALENDAR | -0.24 |
| 05/02/2022 | Expense | | TEAMUP CALENDAR | -24.00 |
| 05/02/2022 | Check | Gusto | Gusto | -120.00 |
| 05/03/2022 | Expense | | Gusto | -131.11 |
| 05/04/2022 | Expense | | Intuit | -191.88 |
| 05/05/2022 | Expense | | Cloudbooks, LLC | -770.00 |
| 05/05/2022 | Expense | | 7-Eleven | -21.93 |
| 05/06/2022 | Expense | | Canva | -12.99 |
| 05/06/2022 | Expense | | Shopify | -89.53 |
| 05/10/2022 | Expense | | Grasshopper | -32.48 |
| 05/10/2022 | Expense | | Exxon | -27.13 |
| 05/11/2022 | Expense | | Marketing Events | -250.00 |
| 05/11/2022 | Bill Payment | Conf26 | US Tape & Label | -5,134.84 |
| 05/12/2022 | Expense | | Geyer Instructional Products | -269.00 |
| 05/12/2022 | Expense | | Ward Laboratories | -65.00 |
| 05/12/2022 | Expense | | Exxon | -34.82 |
| 05/13/2022 | Journal | Gusto5/15 | | -1,055.11 |
| 05/13/2022 | Journal | Gusto5/15 | | -1,584.11 |
| 05/13/2022 | Journal | Gusto5/15 | | -3,028.34 |
| 05/13/2022 | Journal | Gusto5/15 | | -551.02 |
| 05/16/2022 | Journal | Gusto | | -162.00 |
| 05/16/2022 | Journal | Gusto | | -431.78 |
| 05/16/2022 | Journal | Gusto | | -80.47 |
| 05/16/2022 | Expense | | Local Restaurant | -64.90 |
| 05/17/2022 | Bill Payment | conf21 | Payable to Kevin Lysaght | -1,200.00 |
| 05/17/2022 | Bill Payment | conf19 | Payable to Kevin Lysaght | -193.00 |
| 05/17/2022 | Bill Payment | conf20 | Thirsty Planet Brewing | -2,145.03 |
| 05/17/2022 | Bill Payment | Conf22 | VT Info. Processing, Inc. | -527.04 |
| 05/17/2022 | Expense | | Ekos | -193.77 |
| 05/17/2022 | Bill Payment | Conf23 | Quail D | -31.47 |
| 05/17/2022 | Bill Payment | Melio518 | WineCub | -627.79 |

1/4

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2022 | Bill Payment | Melio517 | WineCub | -353.56 |
| 05/17/2022 | Bill Payment | Melio518 | WineCub | -577.83 |
| 05/18/2022 | Expense | | TEAMUP CALENDAR | -39.00 |
| 05/18/2022 | Expense | | TEAMUP CALENDAR | -0.39 |
| 05/19/2022 | Expense | | Local Restaurant | -23.32 |
| 05/19/2022 | Expense | | Hotwire | -105.20 |
| 05/20/2022 | Expense | | Syn-Co Chemical Inc | -392.04 |
| 05/20/2022 | Bill Payment | | Scott Labs | -366.31 |
| 05/24/2022 | Expense | | Exxon | -18.01 |
| 05/26/2022 | Journal | Gusto | | -4,329.58 |
| 05/26/2022 | Journal | Gusto | | -1,049.38 |
| 05/26/2022 | Expense | | | -195.00 |
| 05/26/2022 | Expense | | | -106.73 |
| 05/26/2022 | Expense | | Cloudbooks, LLC | -1,017.50 |
| 05/26/2022 | Expense | | Empire | -53.00 |
| 05/27/2022 | Expense | | Gusto | -384.79 |
| 05/27/2022 | Expense | | Amazon | -49.68 |
| 05/31/2022 | Expense | | KegCollars.com | -605.00 |
| 05/31/2022 | Expense | | Adobe | -22.72 |
| 05/31/2022 | Expense | | Zoom | -15.98 |
| 05/31/2022 | Expense | | YAKIMA CHIEF HOPS | -657.86 |
| 05/31/2022 | Expense | | Exxon | -36.06 |
| **Total** | | | | **-38,415.29** |

Deposits and other credits cleared (18)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/26/2022 | Bill Payment | 41224 | Allly Bank | 0.00 |
| 05/02/2022 | Receive Payment | | Blackstone Events | 302.10 |
| 05/02/2022 | Deposit | | Shopify | 435.84 |
| 05/03/2022 | Receive Payment | | Brown Distributing | 14,161.50 |
| 05/05/2022 | Deposit | | | 1,091.28 |
| 05/09/2022 | Deposit | | Shopify | 934.32 |
| 05/10/2022 | Deposit | | Ally Bank | 380.90 |
| 05/16/2022 | Deposit | | Shopify | 178.43 |
| 05/16/2022 | Receive Payment | | Llano Beer Company | 250.00 |
| 05/17/2022 | Receive Payment | | Brown Distributing | 8,091.24 |
| 05/18/2022 | Deposit | | | 10.55 |
| 05/18/2022 | Receive Payment | 71311 | Quail Distribution | 3,420.00 |
| 05/23/2022 | Deposit | | Shopify | 723.56 |
| 05/24/2022 | Deposit | | | 250.00 |
| 05/24/2022 | Receive Payment | 1882 | The Brewtorium | 1,094.75 |
| 05/31/2022 | Journal | Adj Transactions | | 684.57 |
| 05/31/2022 | Journal | Adj Transactions | | 525.50 |
| 05/31/2022 | Deposit | | Shopify | 548.60 |
| **Total** | | | | **33,083.14** |

**Additional Information**

Uncleared checks and payments as of 05/31/2022

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/26/2022 | Bill Payment | 41223 | Old Orchard | -6,974.12 |
| 05/17/2022 | Bill Payment | Chk1009 | SOCO Ginger Beer Co. | -225.00 |
| 05/31/2022 | Journal | Gusto | | -82.61 |
| 05/31/2022 | Journal | Gusto | | -443.28 |
| 05/31/2022 | Journal | Gusto | | -162.00 |
| 05/31/2022 | Bill Payment | ACH | Thirsty Planet Brewing | -9,634.11 |
| **Total** | | | | **-17,521.12** |

Uncleared checks and payments after 05/31/2022

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 06/01/2022 | Expense | | Payable to Cayce Rivers | -500.00 |
| 06/01/2022 | Expense | | Exxon | -13.54 |
| 06/01/2022 | Bill Payment | | Payable to Kevin Lysaght | -1,200.00 |
| 06/01/2022 | Expense | | TEAMUP CALENDAR | -0.24 |
| 06/01/2022 | Expense | | TEAMUP CALENDAR | -24.00 |
| 06/01/2022 | Expense | | Alliance Funding | -417.40 |
| 06/01/2022 | Expense | | American Canning | -871.36 |
| 06/02/2022 | Expense | | Gusto | -131.11 |
| 06/02/2022 | Expense | | Chevron | -40.01 |
| 06/02/2022 | Expense | | Local Restaurant | -115.95 |
| 06/03/2022 | Bill Payment | | Bruce Elfant | -125.00 |
| 06/06/2022 | Expense | | | -5,273.70 |
| 06/06/2022 | Expense | | Intuit | -191.88 |
| 06/06/2022 | Bill Payment | | Old Orchard | -5,345.00 |
| 06/06/2022 | Expense | | Canva | -12.99 |
| 06/06/2022 | Expense | | Shopify | -89.53 |
| 06/06/2022 | Bill Payment | | Thirsty Planet Brewing | -1,300.00 |
| 06/06/2022 | Expense | 1013 | TABC | -1,624.35 |
| 06/07/2022 | Expense | | | -104.02 |
| 06/09/2022 | Expense | | Exxon | -24.70 |
| 06/10/2022 | Expense | | Grasshopper | -32.48 |
| 06/10/2022 | Bill Payment | | US Tape & Label | -5,733.60 |
| 06/13/2022 | Expense | | Vintner's Vault | -262.36 |
| 06/14/2022 | Journal | Gusto | | -1,192.44 |
| 06/14/2022 | Journal | Gusto | | -4,750.74 |
| 06/14/2022 | Expense | | Exxon | -29.10 |
| 06/14/2022 | Expense | 1012 | TABC | -534.48 |
| 06/14/2022 | Bill Payment | | SaxCo | -1,629.55 |
| 06/15/2022 | Journal | Gusto | | -429.42 |
| 06/15/2022 | Journal | Gusto | | -180.00 |
| 06/15/2022 | Journal | Gusto | | -80.04 |
| 06/17/2022 | Expense | 24774673 | Global Tranz | -538.21 |
| 06/17/2022 | Bill Payment | | Thirsty Planet Brewing | -4,091.00 |
| 06/17/2022 | Expense | | Ekos | -193.77 |
| 06/21/2022 | Expense | | Adobe | -59.53 |
| 06/21/2022 | Expense | | TEAMUP CALENDAR | -0.39 |
| 06/21/2022 | Expense | | Storepoint | -39.00 |
| 06/21/2022 | Expense | | Shell | -23.87 |
| 06/21/2022 | Expense | | Dropbox | -21.31 |
| 06/22/2022 | Bill Payment | | Payable to Eric Lowe | -102.00 |
| 06/22/2022 | Expense | | Amazon | -54.10 |
| 06/24/2022 | Bill Payment | | WineCub | -330.12 |
| 06/24/2022 | Bill Payment | | WineCub | -249.63 |
| 06/24/2022 | Bill Payment | | WineCub | -417.15 |
| 06/24/2022 | Expense | | Exxon | -23.17 |
| 06/24/2022 | Bill Payment | | WineCub | -571.14 |
| 06/28/2022 | Journal | Gusto | | -3,944.78 |
| 06/28/2022 | Journal | Gusto | | -921.90 |

| Total | | | | -43,840.06 |

Uncleared deposits and other credits after 05/31/2022

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 06/01/2022 | Receive Payment | | Liberator Distibution | 3,585.70 |
| 06/06/2022 | Deposit | | Shopify | 609.54 |
| 06/06/2022 | Receive Payment | | Favorite Brands - Houston:Fa… | 34,550.87 |
| 06/06/2022 | Deposit | | | 262.00 |
| 06/13/2022 | Deposit | | Shopify | 165.48 |
| 06/21/2022 | Deposit | | Shopify | 678.79 |

| Total | | | | 39,852.38 |

Meridian Hive Meadery

**Petty Cash, Period Ending 05/31/2022**

**RECONCILIATION REPORT**

Reconciled on: 06/19/2022

Reconciled by: Kathy Millsap

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---|
| Statement beginning balance | 450.00 |
| Checks and payments cleared (1) | -140.00 |
| Deposits and other credits cleared (1) | 0.00 |
| Statement ending balance | 310.00 |
| | |
| Register balance as of 05/31/2022 | 310.00 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/15/2022 | Expense | 5/15/2022 | | -140.00 |
| Total | | | | -140.00 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/20/2022 | Expense | | | 0.00 |
| Total | | | | 0.00 |

Meridian Hive Meadery

**PayPal, Period Ending 05/31/2022**

**RECONCILIATION REPORT**

Reconciled on: 06/01/2022

Reconciled by: Kathy Millsap

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---:|
| Statement beginning balance | 3,832.95 |
| Checks and payments cleared (4) | -3,812.77 |
| Deposits and other credits cleared (1) | 543.12 |
| Statement ending balance | 563.30 |
| | |
| Register balance as of 05/31/2022 | 563.30 |

**Details**

Checks and payments cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/05/2022 | Deposit | | | -1,091.28 |
| 05/31/2022 | Expense | | PayPal | -22.86 |
| 05/31/2022 | Expense | | | -110.65 |
| 05/31/2022 | Expense | | Greenwood Associates | -2,587.98 |
| Total | | | | -3,812.77 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/31/2022 | Deposit | | Shopify | 543.12 |
| Total | | | | 543.12 |

# HORIZON BANK

```
*0011366    S3
MARS COLONY LLC
DBA MERIDIAN HIVE LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE NO 22-10109-TMD
8201 SOUTH CONGRESS AVENUE
#102
AUSTIN TX 78745
```

Statement Date: 05/31/2022  Enclosures: (5)  Account No.: ****0586  Page: 1



Go green today—choose paperless statements.

## BUSINESS CHECKING SUMMARY

Type: REG  Status: Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 04/29/22 | | 34,805.41 |
| Credits | 3 | 5,077.40+ |
| Debits | 2 | 3,168.22 |
| Automatic Withdrawals | 27 | 25,131.96 |
| Automatic Deposits | 10 | 26,795.67+ |
| Miscellaneous Fees | 2 | 0.63 |
| Card Activity | 28 | 8,904.41 |
| Ending Balance On 05/31/22 | | 29,473.26 |

Average Balance (Ledger)  36,228.39+

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 05/02/22 | DEPOSIT | 302.10 | 05/18/22 | DEPOSIT | 3,430.55 | 05/24/22 | DEPOSIT | 1,344.75 |

| Date | Description | Amount |
|---|---|---|
| 05/02/22 | SHOPIFY WEBSITE TRANSFER | 435.84 |
| 05/03/22 | BROWN DISTR VENDOR PMT | 14,161.50 |

Continued

A DIFFERENT BRAND OF BANKING • PO BOX 685133 • Austin, Texas 78768 • 866-914-2265 • www.horizon.bank

CSI REV 120720   6045-STMT

| Statement Date: | 05/31/2022 | Enclosures: | (5) | Account No.: | ****0586 | Page: 2 |
|---|---|---|---|---|---|---|

**(continued)**

| Date | Description | Amount |
|---|---|---|
| 05/05/22 | PAYPAL TRANSFER | 1,091.28 |
| 05/09/22 | SHOPIFY WEBSITE TRANSFER | 934.32 |
| 05/10/22 | HORIZON BANK BILL PMT | 380.90 |
| 05/16/22 | SHOPIFY WEBSITE TRANSFER | 178.43 |
| 05/16/22 | 7222 VSA RTN WPY ALL ABOUT YOU EVENT 855-999-3729VA | 250.00 |
| 05/17/22 | BROWN DISTR VENDOR PMT | 8,091.24 |
| 05/23/22 | SHOPIFY WEBSITE TRANSFER | 723.56 |
| 05/31/22 | SHOPIFY WEBSITE TRANSFER | 548.60 |

## *ELECTRONIC DEBITS*

| Date | Description | Amount |
|---|---|---|
| 05/02/22 | 7222 CROSS BORDER FEE TEAMUP CALENDAR ZURICH CH | 0.24 |
| 05/02/22 | 7222 VSA PUR TEAMUP CALENDAR ZURICH CH (05/01/22 03:47:59) | 24.00 |
| 05/02/22 | GUSTO TAX 853858 | 81.33 |
| 05/02/22 | GUSTO CND 853810 | 120.00 |
| 05/02/22 | GUSTO CND 853810 | 162.00 |
| 05/02/22 | ALLIANCE FUNDING CNTRCT PMT | 372.30 |
| 05/02/22 | GUSTO NET 853856 | 436.35 |
| 05/02/22 | BP-THIRSTY PLANE BILL PAY | 5,119.41 |
| 05/03/22 | GUSTO FEE 857978 | 131.11 |
| 05/04/22 | 7222 VSA PUR INTUIT QUICKBOOKS ONLI CL.INTUIT.COMCA (05/03/22 14:23:40) | 191.88 |
| 05/05/22 | 3772 PUR 7-ELEVEN 36589 AUSTIN TX (05/04/22 20:29:10) | 21.93 |
| 05/05/22 | CLOUDBOOKS, LLC SALE | 770.00 |
| 05/06/22 | 7222 VSA PUR SHOPIFY 140231682 HTTPSSHOPIFY. IL (05/05/22 13:35:55) | 89.53 |
| 05/06/22 | 7222 VSA PUR CANVA I03411-15521309 HTTPSCANVA.CO DE (05/05/22 21:45:48) | 12.99 |
| 05/10/22 | 3772 PUR RIVIERA EXXON CEDAR PARK TX (05/09/22 21:15:03) | 27.13 |
| 05/10/22 | 7222 VSA RECUR GRASSHOPPER.COM LOGMEIN.COM MA (05/10/22 01:27:56) | 32.48 |
| 05/11/22 | 7222 VSA PUR U.S. TAPE AND LABEL 314-824-4403 MO (05/11/22 14:25:52) | 5,134.84 |
| 05/11/22 | 7222 VSA PUR WPY ALL ABOUT YOU EVENT 855-469-3729VA (05/11/22 14:48:40) | 250.00 |
| 05/12/22 | 3772 PUR RIVIERA EXXON CEDAR PARK TX (05/12/22 19:26:36) | 34.82 |
| 05/12/22 | 7222 VSA PUR PRIME ED PRODUCTS 513-527-2462 OH (05/12/22 06:15:20) | 269.00 |
| 05/12/22 | 7222 VSA PUR WARD LABORATORIES 308-234-2418 NE (05/12/22 08:44:34) | 65.00 |
| 05/12/22 | GUSTO CSD 086807 | 551.02 |
| 05/12/22 | GUSTO TAX 086821 | 1,055.11 |
| 05/12/22 | GUSTO NET 086814 | 3,028.34 |
| 05/16/22 | 7222 VSA PUR TST PINTHOUSE PIZZA - AUSTIN TX (05/13/22 15:56:18) | 64.90 |
| 05/17/22 | GUSTO TAX 332623 | 80.47 |
| 05/17/22 | GUSTO CND 330808 | 162.00 |
| 05/17/22 | EKOSBREWMASTERLL PURCHASE | 193.77 |
| 05/17/22 | GUSTO NET 330915 | 431.78 |
| 05/18/22 | 7222 CROSS BORDER FEE WWW.STOREPOINT.CO APP TORONTO CA | 0.39 |
| 05/18/22 | 7222 VSA PUR WWW.STOREPOINT.CO APP TORONTO CA (05/17/22 22:22:47) | 39.00 |
| 05/18/22 | BP-QUAIL DISTRIB BILL PAY | 31.47 |
| 05/18/22 | BP-KEVIN LYSAGHT BILL PAY | 193.00 |
| 05/18/22 | MELIO WINECUB | 353.56 |
| 05/18/22 | BP-VT INFO. PROC BILL PAY | 527.04 |
| 05/18/22 | MELIO WINECUB | 577.83 |
| 05/18/22 | MELIO WINECUB | 627.79 |
| 05/18/22 | BP-KEVIN LYSAGHT BILL PAY | 1,200.00 |
| 05/18/22 | BP-THIRSTY PLANE BILL PAY | 2,145.03 |
| 05/19/22 | 3772 PUR GULF CENTURY FOOD CEDAR PARK TX (05/18/2221:15:24) | 23.32 |
| 05/19/22 | 5571 VSA PUR HOTWIRE-SALES FINAL 866-468-9473 CA (05/18/22 14:35:52) | 105.20 |

Continued

| Statement Date: | **05/31/2022** | Enclosures: | **(5)** | Account No.: | ****0586** | Page: **3** |

## ELECTRONIC DEBITS (continued)

| Date | Description | Amount |
|---|---|---|
| 05/20/22 | 7222 VSA PUR SYN CO CHEMICAL INC 830-8857488 TX (05/20/22 07:24:00) | 392.04 |
| 05/20/22 | 7222 VSA PUR SCOTT LABORATORIES 707-765-6666 CA (05/20/22 08:44:35) | 366.31 |
| 05/24/22 | 3772 PUR RIVIERA EXXON CEDAR PARK TX (05/24/22 18:42:23) | 18.01 |
| 05/26/22 | 7222 VSA PUR H-E-B GAS CARWASH 639 AUSTIN TX (05/25/22 17:45:57) | 106.73 |
| 05/26/22 | 7222 VSA PUR THE VINTNERS VAULT TX HYE TX (05/25/22 20:02:50) | 195.00 |
| 05/26/22 | 7222 VSA PUR EMPIRE 8186 AUSTIN TX (05/25/22 21:24:34) | 53.00 |
| 05/26/22 | CLOUDBOOKS, LLC SALE | 1,017.50 |
| 05/27/22 | 7222 PUR AMAZON.COM 1R6DN8912 SEATTLE WA (05/27/2217:08:10) | 49.68 |
| 05/27/22 | GUSTO CSD 655357 | 384.79 |
| 05/27/22 | GUSTO TAX 655379 | 1,049.38 |
| 05/27/22 | GUSTO NET 655361 | 4,329.58 |
| 05/31/22 | 3772 VSA PUR EXXONMOBIL 46917472 CEDAR PARK TX (05/27/22 14:44:06) | 36.06 |
| 05/31/22 | 7222 VSA PUR YAKIMA CHIEF HOPS 509-453-4792 WA (05/28/22 08:52:08) | 657.86 |
| 05/31/22 | 7222 VSA PUR ADOBE INC 800-8336687 CA (05/28/22 13:56:36) | 22.72 |
| 05/31/22 | 7222 VSA PUR KEG COLLARS NETWORK 000-0000000 OR (05/28/22 21:07:59) | 605.00 |
| 05/31/22 | 7222 VSA PUR ZOOM.US 888-799-9666 WWW.ZOOM.US CA (05/29/22 00:00:45) | 15.98 |

## CHECKS AND OTHER DEBITS

*\* indicates a gap in the check numbers*

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 05/09/22 | 1007 | 1,584.11 | 05/17/22 | 1008 | 1,584.11 | | | |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 04/29/22 was 34,805.41

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/02/22 | 29,227.72 | 05/11/22 | 37,549.72 | 05/20/22 | 35,397.64 |
| 05/03/22 | 43,258.11 | 05/12/22 | 32,546.43 | 05/23/22 | 36,121.20 |
| 05/04/22 | 43,066.23 | 05/16/22 | 32,909.96 | 05/24/22 | 37,447.94 |
| 05/05/22 | 43,365.58 | 05/17/22 | 38,549.07 | 05/26/22 | 36,075.71 |
| 05/06/22 | 43,263.06 | 05/18/22 | 36,284.51 | 05/27/22 | 30,262.28 |
| 05/09/22 | 42,613.27 | 05/19/22 | 36,155.99 | 05/31/22 | 29,473.26 |
| 05/10/22 | 42,934.56 | | | | |

This Statement Cycle Reflects 32 Days

DEBIT CARD TEXT AND/OR EMAIL ALERTS AVAILABLE.

CONTACT YOUR LOCAL BRANCH TO SET THESE UP.

MOBILE APP DEPOSIT IS ALSO AVAILABLE!

TO REPORT A LOST OR STOLEN DEBIT CARD, CALL 844-202-5333

Continued

| Statement Date: | **05/31/2022** | Enclosures: | **(5)** | Account No.: | ****0586** | Page: | **4** |

# PRIVACY NOTICE

Federal law requires us to tell you how we collect, share,

and protect your personal information. Our privacy policy

has not changed and you may review our policy and practices

with respect to your personal information at

www.horizon.bank/privacy/

or we will mail you a free copy upon request if you call us

at 512-637-5730

**Continued**

**DDA Credit** — HORIZON BANK SSB
Amount: 302.10
Account Number: 10460586
Tran Code: 042
Date: 5/2/2022
Customer Name: Mars Colony Llc
Comment:

Deposit Date: 5/2/2022  Amount: $302.10

**DDA Credit** — HORIZON BANK SSB
Amount: 3430.55
Account Number: 10460586
Tran Code: 042
Date: 5/18/2022
Customer Name: Mars Colony Llc
Comment:

Deposit Date: 5/18/2022  Amount: $3430.55

**DDA Credit** — HORIZON BANK SSB
Amount: 1344.75
Account Number: 10460586
Tran Code: 042
Date: 5/24/2022
Customer Name: Mars Colony Llc
Comment:

Deposit Date: 5/24/2022  Amount: $1344.75



Check 1007 — MARS COLONY LLC DBA MERIDIAN HIVE LLC, DEBTOR IN POSSESSION CASE NO 22-10109, 8201 SOUTH CONGRESS AVENUE #102, AUSTIN, TX 78745. Date: May 1, 22. Pay to the order of: William Rivers — $1584.11. Fifteen Hundred Eighty-four + 11/100 DOLLARS. Memo: Payroll 4/5-4/30.

Number: 1007  Date: 5/9/2022  Amount: $1584.11



Check 1008 — MARS COLONY LLC DBA MERIDIAN HIVE LLC, DEBTOR IN POSSESSION CASE NO 22-10109, 8201 SOUTH CONGRESS AVENUE #102, AUSTIN, TX 78745. Date: May 15, 2022. Pay to the order of: William Rivers — $1584.11. Fifteen Hundred Eighty Four + 11/100 DOLLARS. Memo: Payroll 5/1-5/15.

Number: 1008  Date: 5/17/2022  Amount: $1584.11